# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY STUART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LT. R. HENDERSON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01236-OWW-NEW (DLB) PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S CDCR NUMBER TO BOOKING NUMBER 9266033, AND RE-SERVE DOCUMENTS 13 AND 14 AND A FORM COMPLAINT<br><br>ORDER GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT IN COMPLIANCE WITH THE COURT'S ORDER OF MARCH 5, 2007 (Doc. 14) |

　　Plaintiff Terry Stuart ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 5, 2007, the court dismissed plaintiff's complaint for failure to state a claim and ordered plaintiff to file an amended complaint within thirty days. After more than thirty days passed and plaintiff failed to comply with or otherwise respond to the court's order, the court recommended dismissal of this action for failure to obey a court order. On July 11, 2007, plaintiff filed an objection to the dismissal of this action.

　　Plaintiff contends that he notified the court of his address change to the Los Angeles County Jail three times and did not fail to obey a court order. The court has reviewed the docket in this case. The court did receive plaintiff's notices of change of address. However, the court's order of March 5, 2007, along with an order issued on February 7, 2007, both served on plaintiff at the Los Angeles County Jail, were returned to the court with the comments "cannot locate" and "unknown at this address." Although plaintiff notified the court of his booking number, due to administrative error,

the orders were served on plaintiff at the Los Angeles County Jail with his California Department of Corrections (CDCR) identification number rather than his jail booking number. This may explain why the orders were returned to the court despite service on plaintiff at his correct address of record.

The court will direct the Clerk's Office to replace plaintiff's CDCR number with his booking number and re-serve the two orders that were returned as undeliverable. Plaintiff shall have thirty days from the date of service of this order to file an amended complaint in compliance with the court's order of March 5, 2007.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall change plaintiff's CDCR identification number to Los Angeles County Jail booking number 9266033;

2. The Clerk's Office shall re-serve documents 13 and 14, and a civil rights complaint form;

3. Within **thirty (30) days** from the date of service of this order, plaintiff shall file an amended complaint in compliance with the order filed March 5, 2007; and

4. If plaintiff fails to file an amended complaint, this action will be dismissed.

IT IS SO ORDERED.

Dated:   **July 12, 2007**              /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE