# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY STUART,<br><br>              Plaintiff,<br><br>   v.<br><br>LT. R. HENDERSON, et al.,<br><br>              Defendants.<br>                                    / | CASE NO. 1:06-cv-01236-OWW-NEW (DLB) PC<br><br>ORDER ADDRESSING AND RESOLVING REQUEST FOR RESPONSE<br><br>(Doc. 20) |

      Plaintiff Terry Stuart ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 20, 2007, plaintiff filed a request seeking a response to his letter sent to the court on July 2, 2007.

      On July 15, 2007, the court issued an order granting plaintiff an extension of time to file an amended complaint and providing plaintiff with copies of the orders he stated he had not received.  The court's order of July 15 renders moot plaintiff's current request for a response.

      Plaintiff's request for an order mandating that he be provided with law library access at the jail, set forth in his request, cannot be granted.  The court does not have jurisdiction in this action over jail officials. <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 101, 103 S.Ct. 1660, 1665 (1983) (citations omitted); <u>Jones v. City of Los Angeles</u>, 444 F.3d 1118, 1126 (9th Cir. 2006).

///

///

///

///

By this order, plaintiff's request filed on July 20, 2007, is HEREBY DEEMED ADDRESSED AND RESOLVED.

IT IS SO ORDERED.

Dated:  July 27, 2007            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE