1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  TERRY STUART,                          1:06-cv-01236-OWW-NEW (DLB) PC

12           Plaintiff,                    ORDER GRANTING MOTION
                                           FOR EXTENSION OF TIME TO FILE AN
13  vs.                                    AMENDED COMPLAINT IN COMPLIANCE
                                           WITH COURT'S ORDER OF JULY 12, 2007
14  LT. R. HENDERSON, et al.,
                                           (DOCUMENT #23)
15           Defendants.
                                           ORDER DIRECTING CLERK'S OFFICE TO
16                                         RE-SERVE DOCUMENT #21

17  _____/

18          On August 20, 2007,  plaintiff filed a notice of change of address and a motion seeking an

19  extension of time to file an amended complaint in compliance with the court's order of July 12,

20  2007.  Good cause having been presented to the court and GOOD CAUSE APPEARING

21  THEREFOR, IT IS HEREBY ORDERED that:

22          Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file

23  an amended complaint, and the Clerk's Office shall re-serve document #21 in light of plaintiff's

24  address change.

25

26      IT IS SO ORDERED.

27  **Dated:   September 6, 2007**          _____ **/s/ Dennis L. Beck** _____
                                           UNITED STATES MAGISTRATE JUDGE
28