1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   TERRY STUART,                      1:06-cv-01236 OWW-GSA (PC)

12                                       ORDER GRANTING PLAINTIFF'S
              Plaintiff,                 SECOND MOTION TO EXTEND TIME
13                                       TO FILE AN AMENDED COMPLAINT
        vs.
14                                       (DOCUMENT #31)
     R. HENDERSON, et al.,
15                                       THIRTY DAY DEADLINE
              Defendants.
16   _____/

17          On March 10, 2008, plaintiff filed a second motion to extend time to file an amended

18   complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING

19   THEREFOR, IT IS HEREBY ORDERED that:

20          Plaintiff is granted **thirty (30) days** from the date of service of this order in which to

21   file his amended complaint.

22

23          IT IS SO ORDERED.

24      **Dated:    April 3, 2008           /s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28