# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY STUART, | CASE NO. 1:06-cv-01236-OWW-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDING AND RECOMMENDATION, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| LT. R. HENDERSON, et al., | |
| Defendants. | (Doc. 28) |
| | ORDER THAT THIS DISMISSAL COUNTS AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

Plaintiff Terry Stuart ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 5, 2007, Plaintiff's complaint was screened by the Magistrate Judge and dismissed, with leave to amend, for failure to state a claim upon which relief may be granted. Plaintiff was warned that if he did not file an amended complaint, this action would be dismissed with prejudice for failure to state a claim. After Plaintiff failed to file an amended complaint, the Magistrate Judge issued a Finding and Recommendation recommending dismissal on June 15, 2007. Plaintiff objected, and the Magistrate Judge vacated the recommendation and granted Plaintiff two extensions of time to amend.

On January 4, 2008, after Plaintiff failed to filed an amended complaint, the Magistrate Judge again issued a Finding and Recommendation recommending dismissal. Plaintiff was notified that

1

1  he had thirty days to file an Objection.  On January 14, 2008, Plaintiff sought another extension of
2  time and the appointment of counsel.  On February 6, 2008, the Magistrate Judge denied the motion
3  for counsel and gave Plaintiff thirty days to file an amended complaint.  Plaintiff sought a final
4  extension of time, which was granted on March 4, 2008.

5  More than thirty days have passed and Plaintiff has not filed an amended complaint or
6  otherwise contacted the Court.  Further, more than one year has passed since Plaintiff's complaint
7  was dismissed with leave to amend and he has had ample time to file an amended complaint.

8  This Court has conducted a <u>de</u> <u>novo</u> review of this case.  28 U.S.C. § 636(b)(1)(C); Local
9  Rule 73-305.  The Finding and Recommendation is supported by the record and by proper analysis,
10 and it is HEREBY ORDERED that:

11  1. The Finding and Recommendation, filed January 4, 2008, is adopted in full;
12  2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim
13     upon which relief may be granted; and
14  3. This dismissal qualifies as a strike under 28 U.S.C. § 1915(g).

16 IT IS SO ORDERED.

17 **Dated:   May 23, 2008**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE